# United States Bankruptcy Court
## Nevada /Revised

In re  **Joseph John Paradiso**
      **Diana Lucille Paradiso**                                    Case No. **09-20954**
                          Debtor(s)                                 Chapter  **13**

## Notice of Change of Address

Debtor's Social Security Number:              **xxx-xx-7388**

Joint Debtor's Social Security Number:  **xxx-xx-4257**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:              **Joseph John Paradiso and Diana Lucille Paradiso**

Street:            **4870 Avenda Grande**

City, State and Zip:  **Las Vegas, NV 89121**

Telephone #:       **898-2101**

**Please be advised that effective _____, 20___,
my (our) new mailing address and telephone number is:**

Name:              **Joseph John Paradiso and Diana Lucille Paradiso**

Street:             **4870 Aveneda Grande**

City, State and Zip:  **Las Vegas,  Nevada  89121**

Telephone #:       **898-2101**

                                                    **/s/ Joseph John Paradiso**
                                                    **Joseph John Paradiso**
                                                    Debtor

                                                    **/s/ Diana Lucille Paradiso**
                                                    **Diana Lucille Paradiso**
                                                    Joint Debtor