## ** §362 INFORMATION SHEET **

Joseph and Diana Paradiso         09-20954-BAM
DEBTOR                            BK NO.           MOTION NO.

US Bank, NA                                        13
MOVANT                                             Chapter

PROPERTY INVOLVED IN THIS MOTION: 4870 Aveneda Grande
                                  Las Vegas, NV 89121

NOTICE SERVED ON:
DEBTOR(S) x      ; DEBTOR(S)' COUNSEL  x        TRUSTEE   X

DATE OF SERVICE:

| MOVING PARTY'S CONNECTIONS: | DEBTOR'S CONNECTIONS: |
|---|---|
| THE EXTENT and PRIORITY of LIENS: | THE EXTENT and PRIORITY of LIENS: |
| 1ST | 1st US Bank ($190,194.46) |
| 2nd | 2ND US Bank ($25,820.00) |
| 3RD | 3RD |
| 4TH | 4TH |
| OTHER | OTHER |
| TOTAL ENCUMBRANCES: | TOTAL ENCUMBRANCES: $216,014.46 |
| APPRAISAL or OPINION as to VALUE: | APPRAISAL or OPINION as to VALUE: $90,000.00 |
| TERMS of MOVANT'S CONTRACT with the DEBTOR: | DEBTOR'S OFFER OF "ADEQUATE PROTECTION" for MOVANT: |
| AMOUNT OF NOTE: $200,000.00 | |
| INTEREST RATE: 6.125% | Cure over 6 months |
| DURATION: 30 years | |
| PAYMENT PER MONTH: $1,392.72 | SPECIAL CIRCUMSTANCES: |
| DATE OF DEFAULT: June 1, 2009 | SUBMITTED BY: |
| AMOUNT IN ARREARS: $6,736.48 | BONNIE BOYCE, ESQ. |
| Date of Notice of Default: n/a | Signature: /S/Bonnie Boyce  Nevada Bar # 000870 |

**LAW OFFICE OF FRANK SORRENTINO**
FRANK SORRENTINO, ESQ.
Nevada Bar No. 000421
BONNIE BOYCE, ESQ.
Nevada Bar No. 000870
1118 East Carson Avenue
Las Vegas, Nevada 89101
(702) 384-6824
Attorney for Debtors

**E-Filed On: 12/30/09**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re ) | Case No.: BK-S-09-20954-BAM |
| ) | Chapter 13 |
| ) | |
| **JOSEPH JOHN PARADISO and** ) | Hearing Date: **January 12, 2010** |
| **DIANA LUCILLE PARADISO** ) | Hearing Time: **1:30 p.m.** |
| ) | |
| Debtors ) | |
| _____ ) | |

### OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

COME NOW, Debtors, JOSEPH JOHN PARADISO and DIANA LUCILLE PARADISO, by and through their attorney, BONNIE BOYCE, ESQ., of the LAW OFFICE OF FRANK SORRENTINO, and respectfully request this Court to deny the MOTION FOR RELIEF FROM AUTOMATIC STAY filed by US BANK, NA, by and through its attorney, GREGORY L. WILDE, ESQ., of WILDE & ASSOCIATES.

### POINTS AND AUTHORITIES

11 USC Section 362(d)(1) states that the Court may terminate, modify or condition stay:

> "for cause, including the lack of adequate protection of an interest in property of such party in interest;—"

11 USC Section 362(d)(2) the Court may terminate, modify or condition a stay:

> "with respect to a stay of an act against property under subsection (a) of this section, if-

...
...

1

(A) the debtor does not have an equity in such property AND

(B) such property is not necessary to an effective reorganization

**STATEMENT OF FACT**

Debtors' property is located at 4870 Aveneda Grande, Las Vegas, NV 89121. The property was valued at approximately $90,000.00 at the time of filing. Debtors' home is necessary for an effective reorganization.

11 USC Section 362(d)(1) may apply as:

1. Debtors acknowledge that they were late on the post-petition mortgage payments.

2. Debtors' intentions are to stay current on future post-petition mortgage payments.

3. Debtors may provide funds prior to the hearing.

**CONCLUSION**

THEREFORE, Debtors request that the Motion for Relief from Automatic Stay be denied under 11 USC Section (d) (1) or (2), and that any action on creditor's behalf be stayed for an adequate amount of time to allow Debtors to become current on the post-petition mortgage arrearages and/or to Stipulate to an Order Re Adequate Protection.

DATED: this 30th day of December, 2009.

LAW OFFICE OF FRANK SORRENTINO

By: /s/ Bonnie Boyce
_____
BONNIE BOYCE, ESQ.
Nevada Bar No. 000870
1118 East Carson Avenue
Las Vegas, Nevada 89101
Attorney for Debtors

## CERTIFICATE OF MAILING

I, the undersigned, an employee of the Law Office of Frank Sorrentino, hereby certify that on the 30th day of December, 2009, I deposited in the United States Mail, first class mail, postage pre-paid, a true and correct copy of the **Opposition to Motion For Relief From Automatic Stay** to all parties listed below:

Rick A. Yarnall
Chapter 13 Trustee
701 Bridger Ave., Ste. #820
Las Vegas, Nevada  89101

Gregory L. Wilde, Esq.
Wilde & Associates
208 S. Jones Blvd.
Las Vegas, Nevada  89107

Joseph John Paradiso and
Diana Lucille Paradiso
4870 Aveneda Grande
Las Vegas, NV 89121

By  /s/ Angela P. Ballard
_____
**An employee of the Law Office of
Frank Sorrentino**

3